

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

VIA ECF                                                                April 13, 2023
Hon. Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

      Re:    *Arachchi v. Garland, et al.*, 23 Civ. 2199 (RA)

Dear Judge Abrams:

      This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to schedule her naturalization interview and adjudicate her application for naturalization. I write respectfully to request that the Court extend the deadline for the government to respond to the complaint by forty-five days (*i.e.*, from May 26, 2023, until July 10, 2023), and adjourn the initial pretrial conference presently scheduled for April 21, 2023, to a date after the government's response to the complaint would then be due, *i.e.*, during the week of July 10, 2023, or thereafter (with a corresponding extension of time for the preconference submission). *See* ECF No. 6.

      The reason for these requests is that USCIS is currently obtaining the plaintiff's application file and will attempt to schedule an interview for the plaintiff in the near future. This is the government's first request for an extension of the deadline to respond to the complaint and an adjournment of the initial pretrial conference. Plaintiff consents to these requests.

      I thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   *s/ Joshua S. Press*
      JOSHUA S. PRESS
      Special Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York 10007
      Telephone: (202) 305-0106
      E-mail: joshua.press@usdoj.gov
      *Attorney for Defendants*

Application granted. The initial pretrial conference is hereby adjourned until July 21, 2023 at 2:00 p.m. The parties shall submit their joint letter and proposed case management plan one week in advance of the conference.

SO ORDERED.

*[signature]*

Hon. Ronnie Abrams
4/14/2023

cc:  Counsel of record (via ECF)